UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| VERNON C. BROWN, JR., | ) | Case No. CV 11-7997-CAS(AJW) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| J.B. WALKER, | ) | |
| Respondent. | ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed.

Dated: 9/30/11

_____
Christina A. Snyder
United States District Judge