UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VERNON C. BROWN, JR., ) | Case No. CV 11-7997-CAS(AJW) |
| ) | |
| Petitioner, ) | |
| ) | JUDGMENT |
| vs. ) | |
| ) | |
| J.B. WALKER, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed.

Dated: 9/30/11

_Christina A. Snyder_
Christina A. Snyder
United States District Judge